| Material | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|
| Docket No. 78, Plaintiff's response in opposition to MSJ | Discussion of sexual abuse of minor children | sexual abuse regarding minors would be made public | Transcripts were cited and quoted at length to provide context. Redaction of names would not prevent description of sexual interactions | No opposition to seal |
| Docket No. 78, #1, Plaintiff's resposne in opposition to MSJ, Statement of Facts | Discussion of sexual abuse of minor children | sexual abuse regarding minors would be made public | Transcripts were cited and quoted at length to provide context. Redaction of names would not prevent description of sexual interactions | No opposition to seal |
| Docket No. 78, #2, Plaintiff's reponse in opposition to MSJ, Exhibit A, Plaintiff's deposition transcript | Discussion of sexual abuse of minor children | sexual abuse regarding minors would be made public | Plaintiff provided pinpoint citations, but the full transcript was attached to provide context. Redaction of names would not prevent description of sexual interactions | No opposition to seal |
| Docket No. 78, #3, Plaintiff's response in opposition to MSJ, Exh. C, Statement of Dina Galdo taken by Robin Morante | Discussion of sexual abuse of minor children | sexual abuse regarding minors would be made public | Plaintiff provided pinpoint citations, but the full transcript was attached to provide context. Redaction of names would not prevent description of sexual interactions | No opposition to seal |
| Docket No. 78, #7, Plaintiff's response in opposition to MSJ, Exh. E, Robin Morante deposition transcript | Discussion of sexual abuse of minor children | sexual abuse regarding minors would be made public | Plaintiff provided pinpoint citations, but the full transcript was attached to provide context. Redaction of names would not prevent description of sexual interactions | No opposition to seal |

| | | | | |
|---|---|---|---|---|
| Docket No. 78, #8, Plaintiff's response in opposition to MSJ, Exh. F, Statement of Nicole Lauri taken by Robin Morante | Discussion of sexual abuse of minor children | sexual abuse regarding minors would be made public | Plaintiff provided pinpoint citations, but the full transcript was attached to provide context.  Redaction of names would not prevent description of sexual interactions | No opposition to seal |
| Docket No. 78, #9, Plaintiff's response in opposition to MSJ, Exh. G, Thomas DiNunzio deposition transcript | Discussion of sexual abuse of minor children | sexual abuse regarding minors would be made public | Plaintiff provided pinpoint citations, but the full transcript was attached to provide context.  Redaction of names would not prevent description of sexual interactions | No opposition to seal |
| Docket No. 78, #10, Plaintiff's response in opposition to MSJ, Exh. H, Statement of John Golden taken by Robin Morante | Discussion of sexual abuse of minor children | sexual abuse regarding minors would be made public | Plaintiff provided pinpoint citations, but the full transcript was attached to provide context.  Redaction of names would not prevent description of sexual interactions | No opposition to seal |
| Docket No. 78, #11, Plaintiff's response in opposition to MSJ, Exh. I, Statement of Plaintiff taken by Robin Morante | Discussion of sexual abuse of minor children | sexual abuse regarding minors would be made public | Plaintiff provided pinpoint citations, but the full transcript was attached to provide context.  Redaction of names would not prevent description of sexual interactions | No opposition to seal |
| Docket No. 78, #13, Plaintiff's response in opposition to MSJ, Exh. K, Flow chart of criminal suspects' involvement | Discussion of sexual abuse of minor children | sexual abuse regarding minors would be made public | The flow chart details sexual abuse. It was attached in its entirety to provide context.  The chart does not use individual student names | No opposition to seal |
| Docket No. 69, Defendants' MSJ | Discussion of sexual abuse of minor children, and names of minor children | sexual abuse regarding minors would be made public | Redaction of names would not prevent description of sexual interactions | No opposition to seal |
| Docket No. 69, #1 & #2, Defendants' statement of facts and declaration | Discussion of sexual abuse of minor children, and names of minor children | sexual abuse regarding minors would be made public | Redaction of names would not prevent description of sexual interactions | No opposition to seal |